UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV. 6490

| | |
|---|---|
| J. DAVID SPURLOCK, D/B/A VANGUARD PRODUCTIONS  Plaintiff, -v- PERSEUS BOOKS, LLC AND VANGUARD PRESS  Defendant. | Case No. BATTS  **Rule 7.1 Statement**  |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__J. David Spurlock, d/b/a Vanguard Productions__   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Said party has no corporate parent, affiliate or subsidiary which is publicly held.

Date: July 21, 2008

Signature of Attorney

Attorney Bar Code: JR 6298