AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

J. David Spurlock, D/B/A Vanguard Productions,
                    Plaintiff.

v.

Perseus Books, LLC and Vanguard Press,
                    Defendants.

APPEARANCE

Case Number: 08-6490 (DAB) (ECF Case)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/31/2008 | *signature* |
| Date | Signature |
| | Jessica S. Rutherford — JR 6298 |
| | Print Name — Bar Number |
| | 200 West 57th Street, Suite 1101 |
| | Address |
| | New York — NY — 10019 |
| | City — State — Zip Code |
| | (914) 698-1305 |
| | Phone Number — Fax Number |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance of Jessica S. Rutherford has been served on this 31st day of July 2008 on Defendants via U.S. Mail, postage prepaid, to:

>Perseus Books, LLC
>387 Park Avenue South
>New York, New York

>Vanguard Press
>387 Park Avenue South
>New York, New York

*Jessica S. Rutherford*
Jessica S. Rutherford