UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
J. DAVID SPURLOCK d/b/a VANGUARD
PRODUCTIONS,

                    Plaintiff(s),           CASE NO. 08 CIV. 6490

    -against-

PERSEUS BOOKS, LLC AND VANGUARD
PRESS,                              **AFFIDAVIT OF SERVICE**

                    Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                       s.s :
COUNTY OF NEW YORK   )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 24th day of July, 2008, at approximately 11:58 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; 7.1 STATEMENT; JUDGES' RULES; ECF RULES & FILING INSTRUCTIONS and COMPLAINT** upon Vanguard Press at 387 Park Avenue South, New York, New York by personally delivering and leaving the same with Michael Stewart, Administrative Assistant, who is authorized by appointment to accept service.

      Michael Stewart is a white male, approximately 40 years of age, is approximately 6 feet and 3 inches tall, weighs approximately 235 pounds, with short brown hair and light eyes.


Sworn to before me this
24th day of July, 2008                     BOBBY ALI #871612


MICHAEL J KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010