UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. David Spurlock, d/b/a Vanguard Productions,<br><br>                    Plaintiff,<br><br>v.<br><br>Perseus Books, LLC and Vanguard Press,<br><br>                    Defendants. | (ECF Case) 08 Civ. 6490 (DAB)<br><br>**Notice of Appearance** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for Perseus Books, LLC and Vanguard Press. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        August 7, 2008

                          Respectfully submitted,

                          SHEPPARD MULLIN RICHTER & HAMPTON LLP


                 By:    */s/ Kevin W. Goering*
                          Kevin W. Goering

                          30 Rockefeller Plaza, Suite 2400
                          New York, New York  10112
                          (212) 332-3800 (phone)
                          (212) 332-3888 (fax)
                          kgoering@sheppardmullin.com

                          *Attorneys for Defendants*

W02-EAST:7KEG1\200110704.1